BENJAMIN B. WAGNER
United States Attorney
GLEN F. DORGAN (SBN 160502)
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Petitioners United States of America
and Revenue Officer Lorena Ramos

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and LORENA RAMOS, Revenue Officer, Internal Revenue Service,<br><br>Petitioners,<br><br>v.<br><br>JEFFREY D. SETTLE, KATHRYN A. SETTLE, and JEFFREY D. SETTLE, as president of Settco Ltd.,<br><br>Respondent | 1:09-cv-02254-LJO-DLB<br><br>**ORDER TO SHOW CAUSE RE: ENFORCEMENT OF INTERNAL REVENUE SERVICE SUMMONSES**<br><br>Date: February 19, 2010<br>Time: 9:00 a.m.<br>Ctrm: 9 |

Upon review of Petitioners United States of America and Revenue Officer Lorena Ramos' Verified Petition to Enforce Internal Revenue Service Summonses and the Memorandum of Points and Authorities filed in support of the petition,

IT IS HEREBY ORDERED that Respondents JEFFREY D. SETTLE, individually and as president of Settco, Ltd., and KATHRYN A. SETTLE ("Respondents") appear before United States Magistrate Judge Dennis L. Beck, in Courtroom No. 9, in the United States Courthouse, 2500 Tulare Street, Fresno, California, 93721, on Friday, February 19, 2010, at 9:00 a.m. to show cause why they should not be compelled to obey the Internal Revenue Service summonses served upon them on May 6, 2009 and attached to the United States' Verified Petition to Enforce Internal Revenue Service Summons.

IT IS HEREBY FURTHER ORDERED that a copy of this Order to Show Cause, together with one copy each of the Verified Petition to Enforce Internal Revenue Service Summonses and the Memorandum of Points and Authorities filed in support of the petition, shall be served upon Respondents on or before January 22, 2010, unless such service cannot be made despite reasonable efforts.  If Petitioners are unable to serve Respondents despite making reasonable efforts to do so, the documents may be served by any other means of service permitted by Federal Rules of Civil Procedure 4(e) or petitioners may request a court order granting leave to serve by other means. See Fed. R. Civ. P. 81(a)(5).

IT IS HEREBY FURTHER ORDERED that within 14 days of service of a copy of this Order to Show Cause and accompanying papers, Respondents shall file and serve a written response to the Petition to Enforce Internal Revenue Service Summonses, supported by appropriate declaration(s), as well as any motions the Respondents desire to make.  The United States may file a reply no later than five days before the hearing.  All motions and issues raised by the Respondents will be considered on the return date of this Order, and any uncontested allegations in the Verified Petition to Enforce Internal Revenue Service Summonses will be deemed admitted.  Issues that are not raised by motion, or are not brought into controversy by the responsive pleadings and supported by declaration(s), will not be considered on the return date of this Order.

IT IS HEREBY FURTHER ORDERED that if the summonses are ordered to be enforced, the Court shall retain jurisdiction to enforce its order by its contempt power.

IT IS SO ORDERED.

Dated:   **January 8, 2010**                    **/s/ Dennis L. Beck**
                                                UNITED STATES MAGISTRATE JUDGE