BENJAMIN B. WAGNER
United States Attorney
GLEN F. DORGAN (SBN 160502)
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Petitioners United States of America
and Revenue Officer Lorena Ramos

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA and LORENA RAMOS, Revenue Officer, Internal Revenue Service,<br><br>　　　　　　Petitioners,<br><br>　v.<br><br>JEFFREY D. SETTLE, KATHRYN A. SETTLE, and JEFFREY D. SETTLE, as president of Settco Ltd.,<br><br>　　　　　　Respondent | 1:09-cv-02254-LJO-DLB<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION REGARDING PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONSES** |

　　　　The United States of America and Revenue Officer Lorena Ramos, petition for enforcement of some Internal Revenue Service ("IRS") summonses.  The matter was placed before United States Magistrate Judge Dennis L. Beck under 28 U.S.C. § 636 et seq. and Local Rule 302.  On January 8, 2010, Judge Beck issued an Order to Show Cause, ordering the Respondents, Jeffrey D. Settle and Kathryn A. Settle ("Respondents"), to show cause why they should not be compelled to obey the IRS summonses served upon them on May 6, 2009.  The Petition, Points and Authorities, and Order to Show Cause were effectively served upon the Respondents.  Respondents did not file an opposition to enforcement as ordered on page 2 of the Order to Show Cause.

///

1

[Proposed] ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION
REGARDING PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONSES

Judge Beck presided at the show-cause hearing on February 19, 2010, at which Respondents appeared and stated they were willing to comply with the summonses within thirty days from the date of the show cause hearing. On March 2, 2010, Judge Beck filed Findings and Recommendations, finding that the requirements for summons enforcement had been satisfied and recommending that the summonses be enforced. Neither side filed objections to the Magistrate Judge's findings and recommendations.

I have reviewed the entire record de novo under 28 U.S.C. § 636(b)(1)(C) and Local Rule 304. I am satisfied that the Magistrate Judge's findings and recommendations are supported by the record and by proper analysis, and that the requested and unopposed summonses enforcement should be granted. Accordingly, it is hereby ORDERED as follows:

1. The Magistrate Judge's Findings and Recommendation Regarding Petition to Enforce Internal Revenue Service Summonses, filed March 2, 2010, are ADOPTED IN FULL.

2. The IRS summonses issued to Respondents, Jeffrey D. Settle and Kathryn A. Settle, are ENFORCED.

3. Respondents, Jeffrey D. Settle and Kathryn A. Settle, are ORDERED to appear at the IRS offices at 2525 Capitol Street, Ste. 206, Fresno, California 93721, before Revenue Officer Lorena Ramos, or her designated representative, within 21 days of the issuance of this order, or at an alternate time and date to be set by Revenue Officer Ramos, then and there to be sworn, to give testimony, and to produce for examining and copying the books, checks, records, papers and other data demanded by the summons, the examination to continue from day to day until completed.

It is SO ORDERED.

DATED: _March 22, 2010                    /s/ Lawrence J. O'Neill_____
                                          LAWRENCE J. O'NEILL
                                          UNITED STATES DISTRICT JUDGE

2

[Proposed] ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION
REGARDING PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONSES