BENJAMIN B. WAGNER
United States Attorney
GLEN F. DORGAN (SBN 160502)
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Petitioners United States of America
and Revenue Officer Lorena Ramos

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and LORENA RAMOS, Revenue Officer, Internal Revenue Service,<br><br>Petitioners,<br><br>v.<br><br>JEFFREY D. SETTLE, KATHRYN A. SETTLE, and JEFFREY D. SETTLE, as president of Settco Ltd.,<br><br>Respondent | 1:09-cv-02254-LJO-SKO<br><br>**ORDER TO SHOW CAUSE RE: CONTEMPT BY KATHRYN A. SETTLE OF ORDER FILED MARCH 22, 2010**<br><br>Taxpayer: KATHRYN A. SETTLE<br><br>Filed Concurrently with Doc. No. 16<br><br>Date: Friday, September 3, 2010<br>Time: 9:30 a.m.<br>Ctrm: # 8 (6th Floor)<br>       (Hon. Sheila K. Oberto) |

Upon the petition of Benjamin B. Wagner, United States Attorney for the Eastern District of California, including the declaration of Revenue Officer Lori Minjarez:

IT IS HEREBY ORDERED that Respondent KATHRYN A. SETTLE ("Respondent") appear before United States Magistrate Judge Sheila K. Oberto, in Courtroom No. 8, in the United States Courthouse, 2500 Tulare Street, Fresno, California, 93721, on Friday, September 3, 2010, at 9:30 a.m. to show cause as follows:

1. Why Respondent, KATHRYN A. SETTLE, should not be held in civil contempt of this Court for her failure to comply with the Order filed on March 22, 2010, directing Respondent to comply with the I.R.S Summons issued on May 6, 2009.

2. Why the Respondent should not be incarcerated until she complies with the Order.

IT IS FURTHER ORDERED that within seven (7) calendar days after the filing of this Order, the Respondent shall file and serve a written response to the Petition Re: Contempt By Kathryn A. Settle of Order Filed March 22, 2010. The United States may file a reply seven (7) days from the date that the Respondent's Opposition is filed. Only those issues brought into controversy by the responsive papers and supported by declaration will be considered at the hearing on this Order, and any uncontested allegation in the Petition Re: Civil Contempt will be considered admitted.

Respondent is hereby notified that a failure to comply with this Order will subject Respondent to possible further sanctions for contempt of Court.

IT IS SO ORDERED.

Dated:   August 5, 2010                    /s/ Sheila K. Oberto
                                           UNITED STATES MAGISTRATE JUDGE