BENJAMIN B. WAGNER
United States Attorney
GLEN F. DORGAN (SBN 160502)
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Petitioners United States of America
and Revenue Officer Lorena Ramos

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and LORENA RAMOS, Revenue Officer, Internal Revenue Service,<br><br>    Petitioners,<br><br>v.<br><br>JEFFREY D. SETTLE, KATHRYN A SETTLE, and JEFFREY D. SETTLE, as president of Settco Ltd.,<br><br>    Respondents. | 1:09-cv-02254-LJO-SKO<br><br>**PETITIONERS' NOTICE OF COMPLIANCE AND SUGGESTION TO CLOSE FILE; ORDER THEREON** |

TO THIS HONORABLE COURT:

PLEASE TAKE NOTICE:

1.    Petitioner and Respondents met and conferred concerning the documents and information sought by the summons at issue in the above-captioned tax summons enforcement proceeding.

2.    While Respondents did not produce all documents sought by the summons, Respondents and their tax advisor made representations to Petitioner that the missing documents do not exist.

///

///

3. Based on (i) Respondents' production of a substantial portion of the documents sought; (ii) Respondents representations about missing documents; and (iii) the fact that the summons is limited in scope of time and is not a "continuing" summons, it is Petitioner's view that Respondents have materially complied with the summons at issue.

THEREFORE, Petitioner submits that the case can and should be closed, without prejudice to Petitioner's right to proceed with further investigation through service of a continuing summons and, if necessary, to initiate any new Court proceedings to enforce any such continuing summons. A proposed order is attached.

Date: April 18, 2011                         BENJAMIN B. WAGNER
                                             United States Attorney

                                       By:   /s/ Glen F. Dorgan
                                             GLEN F. DORGAN
                                             Assistant United States Attorney

                                             Attorneys for Petitioners
                                             United States of America and Revenue
                                             Officer Lorena Ramos

## ORDER

Based upon Petitioners' statement that Respondents have materially complied, this case is hereby closed.

IT IS SO ORDERED.

**Dated:   April 19, 2011**                  /s/ Lawrence J. O'Neill
                                             UNITED STATES DISTRICT JUDGE